**Retha Harrolle, Plaintiff-Appellant, v. Jan N. Harrolle, Defendant-Appellee.**

Gen. No. 68–188.

Second District.
June 16, 1969.

Cannariato, Nicolosi and Pigatti, of Rockford, for appellant; James F. Maynard, Maynard & Brassfield, of Rockford, for appellee. Opinion by JUSTICE SEIDENFELD. Not to be published in full.